IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA


RECEIVED JAN 2 8 2009 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

**William Henry Frison Jr.**

|  |  |
|---|---|
| VS. | Complaint |
| **Kyle Williamson, and Theresa Williamson, ET. AL.** | Fraudulent filing of Administrative Tort Claim with the Department of Defense. Fraudulently assumed Power of Attorney and Fiduciary over my Tort Damage settlement filed with the **Department of Defense.** |
| **United States Department of Defense** **Department of Army – Fort Sill, Ok.** | Military Sexual Assault **Re-open Form 95** |
| **Harold Higgins VSO Officer, AMVETS** **Department of Veteran Affairs** | Assisted Mr. Williamson in the filing of fraudulent Tort Claim. |
| **Richard Miller, Region 3, Director** AMVETS | Knowledgable concerning the Processing of Tort Claim and the assistance given to Harold Higgins to Kyle Williamson. |
| **Office Of Regional Counsel** **Veteran Affairs Administration** **Earl Parsons, Director Legal Dept.** **Nancy Johnson, Staff Attorney** | Agency through which Kyle and Theresa Williamson consulted with, and obtained Tort Claim Damage Award. **Without my Knowledge.** **Refused FOIA Request** |

**\*\*See correspondence(s)**
**Attached**

## PARTIES

A. **Name of Plaintiff**    William Henry Frison Jr.

   Address and Phone Number    1032 Bridge Avenue    563-3237103

   Home State    Davenport, Iowa   Scott County

B. **Additional Plaintiffs**    None

# Full Names of Defendants

**Kyle Williamson**
Dubuque County Jail
Dubuque

**Theresa Williamson% Steve Jacobs, Attorney**
111 East 3rd Street
Davenport, Iowa 52801

**Harold L. Higgins VSO Officer – 1515-255-2591 ?**
Amvets
210 Walnut Street  or 45th Street, Des Moines, Iowa  50312
Des Moines, Iowa   50309

**Richard Miller, AMVETS**
Region 3 Director
E-mail  richard miller @ va.gov.
312-930-0916

**Denny Boller ,Executive Director Amvets**
4647 Forbes Boulevard
Lanham Md20706-4380
310-459-9600

**Earl Parsons & Nancy Johnson**
Department of Veteran Affairs
Office of Regional Counsel
210 Walnut Street
Des Moines, Iowa 50903

**United Stated Department of Defense**
Department of Army – Fort Sill, Ok

2

## Statement of Claim

Kyle Williamson : May 2004, I, Entered into a contractual agreement with me to represent me in obtaining Tort Claim damages for injuries I received in the Army, Basic Train Camp. He fraudulently received Tort Claim damage award without my consent or knowledge. Consulted with The office of Legal Counsel, Veteran Affairs, Des Moines, Iowa. Kyle Williamson was assisted in is effort to defraud me by the AMVETS VSO Officer. Theresa Williamson has knowledge of her then husbands legal activities as she was his assistant and para-legal in his law practice. Theresa Williamson contacted me on several occasions to discuss the particulars of my case, and to arrange meeting times for hearings which never occurred.

Richard Miller Region 3 AMVETS director informed me,( William Frison) that Mr. Harold Higgins was been fired from his post due to his assistance and involvement with Kyle Williamson. Denny Boller, Executive Director AMVETS made a referral to Richard Miller in response to my FOIA request when contacted.

Earl Parsons, Legal Counsel, and Nancy Johnson, staff attorney failed to comply with my FOIA request specifically pertaining to   Pleadings, Petitions, Copies of Tort Claim filings, Date and amount of Settlement Award, Where and how claim was filed, When, Where, If ,and How Monies were paid-out ect. The VA allowed Kyle Williamson, now a convicted felon to declare me mentally incompetent to manage my own affairs.   This Order was rescinded May 30, 08 per my request. Was settlement done with only a Letter of Intent to Sue?

United Stated Department of Defense, Awarded my Damage award to a criminal attorney who defrauded me.

## Specific Constitutional Provisions Violated:

Due Process, Denial of Freedom of information
Unnecessary and prolonged denial of basic human rights
Defrauded, Denial of Civil Liberties
Intentional, Aggravated & Prolonged Pain and Suffering

## What Can The Court Do For Me?

- <u>The court</u> can subpoena the persons involved, to correct the wrong that has been committed against me.
- The court can ensure that my FOIA request are satisfied, by enforcing compliance to my request for all information dating May 2004 to the present, pertaining to the Administrative Tort Claim Settlement, based on fraud be given to me in its entirety.
- <u>The court</u> can assist me to recover Tort Claim Damages Awarded to Kyle Williamson and Theresa Williamson.  It is my request that the Damage Award be no less than that given to Kyle Williamson.  And, in addition I am asking that an added punitive sum equal to the original amount be awarded for the crime committed against me, for deliberate pain and suffering I have had to endure for the past twenty years.

- Re-open Standard Claim Form 95 – Submitted in 08 Provide financial Redress for personal injuries and suffering inflicted.

**Recent Precedent "SETTING" Damage Award Settlements:**

- **Elizabeth Saum, Air Force Cadet,  Attorney Doris Besikof, Colorado Springs, Colorado**
  **Judge John Kane**
- **Rev. Dorthy Mackey, Air Force Captain, Ohio Former Staamp Founder, and director.**

_[signature]_                                                                 563-323-7103
**Signature of plaintiff**                                          **Phone No.**

Signed this __28__ day of __January 28,__ 2009

4

## Addendum to Page 2

**Parties** - Additional Witnesses and informants stating personal knowledge and belief that Tort Monies had been awarded to Kyle Williamson.

**Jack Rivers**
**Public Affairs**
**Veteran Affairs Administration**
**210 Walnut Street**
**Des Moines, Iowa  50309**

**Diane Nelson - FOIA**
**Records**
**Veteran Affairs Administration**
**210 Walnut Street**
**Des Moines, Iowa  50309**

**Patricia Hobbs – FOIA Request**
**Department of veteran Affairs**
**400 South 18th Street**
**St. Louis, Mo 63103**

**Ms. Ann McGlynn – Consulted with Jack Rivers**
**Quad-City Times,  News Reporter**
**Davenport, Iowa  52803**

**Department of Veteran Affairs –FOIA Request**
**George Sebastian VSO**
**411 W. Martin Luther King Jr. Drive**
**Peoria, Illinois 61605**